1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7  CHRISTOPHER DAVIS, et al.,
   individually and on behalf of all others       NO: 2:14-CV-0256-TOR
8  similarly situated,
                                                  ORDER OF DISMISSAL WITH
9                          Plaintiffs,            PREJUDICE

10       v.

11 EXAMSOFT WORLDWIDE, INC.,

12                         Defendant.

13

14     BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF

15 No. 17). This case is hereby dismissed with prejudice pursuant to Federal Rule of

16 Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any

17 party.

18 //

19 //

20 //

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 2, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2